# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2013

*The Court of Appeals hereby passes the following order*

**A13D0219. JOHN C. OTTO v. SUNTRUST BANKCARD, N.A..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2005VS080182



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, February 22, 2013.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*